RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/29/16
BY MB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *CRIMINAL NO. 6:15cr0150-01 |
| VERSUS | *JUDGE DRELL |
| KEVIN RALPH ANDRUS (01) | *MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation.  The defendant waived the fourteen day period within which to file written objections.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

The guilty plea of the defendant, Kevin Ralph Andrus, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.  **IT IS THEREFORE ORDERED** that Kevin Ralph Andrus is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 28th day of MARCH, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT